JS - 6

FILED
CLERK, U.S. DISTRICT COURT
DEC 1, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_BH\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Pedro Perez Pelano*, | CASE NO. CV 15-5032-GHK (JCx) |
| Plaintiff, | |
| v. | JUDGMENT |
| *Arco Gas Station, et al.*, | |
| Defendants. | |

Pursuant to the Court's October 19, 2015 Order, IT IS HEREBY ADJUDGED that Plaintiff's claims are **DISMISSED without prejudice** as to Defendant Arco Gas Station. Pursuant to the Court's November 4, 2015 Order, Plaintiff's claims are **DISMISSED without prejudice** as to Defendant United Family, LLC.  Pursuant to the Court's December 1, 2015 Order, Plaintiff's claims are **DISMISSED without prejudice** as to Defendant Mohammad Kaskas.  Plaintiff shall take nothing by this Complaint.

**IT IS SO ORDERED**.

DATED: December 1, 2015

_____
GEORGE H. KING
Chief United States District Judge